UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA PAYNE,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>　　　　　　Defendants. | CASE NO. 2:23-cv-01804-TL<br><br>ORDER GRANTING EXTENSION |

This matter is before the Court on Plaintiff Jessica Payne's motion for additional time to file an amended complaint. Dkt. No. 8. On December 12, 2023, the Court entered an Order dismissing Plaintiff's Complaint with leave to amend by no later than January 12, 2024. Dkt. No. 6. Plaintiff requests an extension of the deadline to February 24, 2024. Dkt. No. 8 at 1. Plaintiff notes that she is attempting to seek pro bono assistance and has a medical condition that warrants additional time to prepare the amended pleading. *Id.*

\\

\\

Finding good cause shown, the Court GRANTS Plaintiff's request and resets the deadline to file an amended complaint to **February 24, 2024**.

Dated this 11th day of January 2024.

Tana Lin
United States District Judge