UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA PAYNE,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>　　　　　　Defendant. | CASE NO. 2:23-cv-01804-TL<br><br>ORDER EXTENDING SERVICE DEADLINE |

This matter is before the Court on its own motion. On December 13, 2023, the Court issued an order dismissing Plaintiff's Complaint with leave to amend per 28 U.S.C. § 1915. Dkt. No. 6. The Order was issued before Plaintiff's service of process deadline had elapsed. *See* Fed. R. Civ. P. 4(m). Plaintiff has since filed an Amended Complaint (Dkt. No. 10) but has not yet provided the required completed summons form for issuance by the Clerk of the Court per Local Civil Rule 4. Having referred this matter to the Non-prisoner Civil Rights Case Screening Committee for further review regarding the appropriateness of appointing pro bono counsel (Dkt. No. 14), the Court finds good cause to suspend Plaintiff's time limit for service of process

ORDER EXTENDING SERVICE DEADLINE - 1

pursuant to Federal Rule of Civil Procedure 4(m). Therefore, the Court hereby SUSPENDS the time limit for service of process and will reset the deadline as appropriate upon final resolution of the appointment of counsel issue.

Dated this 15th day of March 2024.

Tana Lin
United States District Judge