UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA PAYNE,<br><br>    Plaintiff,<br> v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>    Defendant. | CASE NO. 2:23-cv-01804-TL<br><br>ORDER APPOINTING PRO BONO COUNSEL |

  This matter is before the Court on Plaintiff Jessica Payne's Application for Court-Appointed Counsel. Dkt. No. 11.

  The Court hereby GRANTS Plaintiff's motion and APPOINTS John Edward (Jack) Holland with the law firm of Reid Ballew Leahy & Holland LLP, 100 W Harrison Street, North Tower Suite 300, Seattle, WA 98119 (206.285.3610, jack@rmbllaw.com) to represent Plaintiff Jessica Payne as counsel pursuant to the Amended Plan of the United States District Court for the

Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions. *See* General Order 07-23 (Sept. 8, 2023).

Counsel is DIRECTED to file a Notice of Appearance within **seven (7) calendar days**. If counsel is unable for a reason set forth in the Rules to assume this representation, they shall immediately file a motion for relief from appointment.

In the event Plaintiff prevails, appointed counsel may move for an award of attorney fees under any applicable authority. The Court is unable to assure counsel of compensation from any other source.

The Clerk is DIRECTED to send a copy of this Order to Plaintiff and appointed counsel John E. Holland.

Dated this 23rd day of May 2024.

Tana Lin
United States District Judge