THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JESSICA PAYNE,<br><br>        Plaintiff<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>        Defendant. | NO.  2:23-cv-01804-TL<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO EXTEND DEADLINE TO COMPLETE SERVICE OF PROCESS |

THIS MATTER having come before the Court on Motion to Extend Deadline To Complete Service of Process, and the Court having received and considered the Plaintiff's Motion, it is now hereby ORDERED:

1. Plaintiff's Motion to Extend Deadline To Complete Service of Process is GRANTED;

2. The deadline for Plaintiff to complete service of process pursuant to FRCP 4(m) is extended to October 25, 2024.

DONE IN COURT this 5th day of July, 2024.

_____
THE HONORABLE TANA LIN

*Presented by:*

REID, BALLEW, LEAHY & HOLLAND, L.L.P.


By:   *s/ John E. Holland*

    John E. Holland, WSBA #46717
    E-Mail: Jack@rmbllaw.com
    100 W Harrison Street, N. Tower, #300
    Seattle, WA 98119
    Telephone: 206-285-3610
    Facsimile: 206-285-8925
    Attorney for Plaintiff