THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JESSICA PAYNE,<br><br>             Plaintiff<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>             Defendant. | NO.  2:23-cv-01804-TL<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO EXTEND DEADLINE TO COMPLETE SERVICE OF PROCESS |

//

//

//

//

//

THIS MATTER having come before the Court on Motion to Extend Deadline To Complete Service of Process, and the Court having received and considered the Plaintiff's Motion, it is now hereby ORDERED:

1. Plaintiff's Motion to Extend Deadline To Complete Service of Process is GRANTED;

2. The deadline for Plaintiff to complete service of process pursuant to FRCP 4(m) is extended to December 20, 2024.

**IT IS SO ORDERED.**

DONE IN COURT this 17th day of October, 2024.

_____
THE HONORABLE TANA LIN

*Presented by:*

SCHOLNICK THORNE HOLLAND

By:   *s/ John E. Holland*

John E. Holland, WSBA #46717
1000 2nd Ave, Suite 3670
Seattle, WA 98104
Telephone: (406) 546-6972
Email: jack@laborwest.com
Attorney for Plaintiff