THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JESSICA PAYNE,<br><br>　　　　　　　Plaintiff<br><br>　　v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>　　　　　　　Defendant. | NO.　2:23-cv-01804-TL<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO AMEND |

THIS MATTER having come before the Court on Motion for Leave to Amend, and the Court having received and considered the Plaintiff's Motion, it is now hereby ORDERED:

1. Plaintiff's Motion for Leave to Amend is GRANTED;

**IT IS SO ORDERED.**

DONE IN COURT this 12th day of December, 2024.

_____
Tana Lin
United States District Judge

//

//

*Presented by:*

SCHOLNICK THORNE HOLLAND

By: ___s/ John E. Holland_____

    John E. Holland, WSBA #46717
    1000 2nd Ave, Suite 3670
    Seattle, WA 98104
    Telephone: (406) 546-6972
    Email: jack@laborwest.com
    Attorney for Plaintiff