The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA PAYNE,<br><br>                 Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, CATHRYN BOOTH-LAFORCE, PhD, in her individual and official capacity, and YVONNE LIN, PhD, in her individual and official capacity,<br><br>                 Defendants. | No. 2:23-cv-01804 TL<br><br>JOINT STATUS REPORT AND DISCOVERY PLAN |

Pursuant to FRCP 26(f) and this Court's Order, through their undersigned counsel of record the parties jointly submit the following Status Report and Discovery Plan.

1. **Nature and Complexity of Case:** This matter is an employment discrimination lawsuit.

2. **Assignment of Magistrate**: No.

3. **Proposed Deadline For Joining Parties**: May 1, 2025.

4. **N/A.**

5. **N/A.**

6. **Discovery Plan:**

    a.    Initial Disclosures have been served.

    b.    Discovery subjects: The parties anticipate discovery related to the facts alleged and claims pled in Plaintiff's Complaint, her employment with

JOINT STATUS REPORT AND DISCOVERY PLAN - 1
2:23-cv-01804 TL

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

                the University, and alleged damages.

    c.    No issues about electronically stored information.

    d.    The parties anticipate some documents / communications will be subject to attorney/client and/or work product privileges as applicable, but do not anticipate unusual issues related thereto.

        i.    Potential Conflict of Interest:

        ii.    Defendants' position: None at this time.

        iii.    Plaintiff's position: None at this time.

    e.    The parties do not propose any changes to discovery limitations imposed under Federal or Local Civil Rules or other proposed limitations on discovery.

    f.    The parties do not anticipate a need for discovery-related orders at this time. If discovery sought gives rise to the need for a Protective Order, the parties anticipate they can stipulate to the appropriate order.

7.

    a.    The parties have no specific proposals concerning prompt resolution.

    b.    ADR: The parties may mediate this matter but do not intend to do so under LR 39.1.

    c.    There are no related cases.

    d.    Discovery management: No anticipated issues.

    e.    Anticipated discovery sought: The parties anticipate discovery related to the facts alleged and claims pled in Plaintiff's Complaint, her employment with the University, and alleged damages, including but not limited to emails, records, and documents related to Plaintiff's employment.

    f.    Phasing motions: None.

    g.    Preservation of discoverable information: Defendants and Plaintiff are

JOINT STATUS REPORT AND DISCOVERY PLAN - 2
2:23-cv-01804 TL

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

aware of their obligations to preserve discoverable information.

h. Privilege issues: The parties anticipate some documents / communications will be subject to attorney/client and/or work product privileges as applicable, but do not anticipate unusual issues related thereto.

i. Model Protocol for Discovery of ESI: Defendants are aware of obligations to preserve electronic evidence and have produced documents/emails in response to many public records requests. Defendants request Plaintiff preserve all emails, texts, phone records, computer records, and/or recordings related to the matters outlined in the Complaint.

j. Alternatives to the Model Protocol: The parties anticipate discovery can be conducted in accordance with the Federal Rules of Civil Procedure.

8. Date by which discovery will be completed: September 26, 2025.

9. The case should not be bifurcated.

10. The parties agree pretrial statements and pretrial order called for by Local Civil Rule 16 should be dispensed with in whole.

11. The parties do not intend to utilize the Individual Trial Program under Local Civil Rule 39.2.

12. The parties may mediate this matter but do not intend to do so under Local Civil Rule 39.1.

13. No other suggestions.

14. Date case will be ready for trial: February 2, 2025.

15. Trial will be a jury trial.

16. Number of trial days: 7-10 days.

JOINT STATUS REPORT AND DISCOVERY PLAN - 3
2:23-cv-01804 TL

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

17. Trial counsel contact information:

    a. Plaintiff's counsel:
       Jack Holland
       705 Second Ave, Suite 1100
       Seattle, WA 98104
       Phone: 406.546.6962
       Email: jack@laborwest.com

    b. Defendant's Counsel:
       Amanda Butler
       1201 Third Avenue, Suite 1580
       Seattle, WA 98101
       Phone: (206) 623-8861
       Fax:   (206) 223-9423
       Email: abutler@kbmlawyers.com

18. Conflicted dates for trial setting:

    a. Plaintiff's Counsel:

       i. December 22-26, 2025

       ii. January 1, 2, 5-9, 12-16, 2026

    b. Defendants' Counsel:

       i. April 14-18, 2025

       ii. May 5-9, 2025

       iii. May 27-30, 2025

       iv. June 30-July 3, 2025

       v. July 28-August 1, 2025

       vi. August 11-15, 2025

       vii. August 25-29, 2025

       viii. October 6-10, 2025

       ix. October 27-31, 2025

       x. November 24-28, 2025

       xi. January 5-9, 2026

       xii. March 24-27, 2026

19. All defendants have been served.

JOINT STATUS REPORT AND DISCOVERY PLAN - 4
2:23-cv-01804 TL

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

20. The parties do not request a scheduling conference in advance of Court's entry of scheduling order.

21. N/A

22. Plaintiff's counsel and Defendants' counsel certify that they have reviewed Judge Lin's Chambers Procedures, the Local Rules, General Orders and applicable electronic filing procedures.

23. Plaintiff's counsel and Defendants' counsel certify that they have reviewed and are compliant with Judge Lin's Standing Order Regarding 28 U.S.C. Section 455 and Canon 3 of the Code of Conduct for United States Judges.

DATED: February 27, 2025

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: /s/ Amanda Butler
    Amanda Butler, WSBA #40473
*Attorney for Defendants*

1201 Third Avenue, Suite 1580
Seattle, WA 98101
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: abutler@kbmlawyers.com

SCHOLNICK THORNE HOLLAND

By: /s/ Jack Holland
    John E. Holland, WSBA #46717
    Attorney for Plaintiff

705 Second Ave, Suite 1100
Seattle, WA 98104
Phone: 406.546.6962
Email: jack@laborwest.com

JOINT STATUS REPORT AND DISCOVERY PLAN - 5
2:23-cv-01804 TL

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**
John E. Holland, WSBA #46717
SCHOLNICK THORNE HOLLAND
705 2nd Ave., Ste. 1100
Seattle, WA 98104
Phone: 406.546.6962
Email: jack@laborwest.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: N/A

DATED: February 27, 2025

*/s/ Amanda Butler*
Amanda Butler, WSBA #40473

JOINT STATUS REPORT AND DISCOVERY PLAN - 6
2:23-cv-01804 TL

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423